UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80742-CIV-ALTMAN/Brannon

DAVID POSCHMANN,

    Plaintiff,

v.

EAST COAST PROPERTY INVESTMENT
COMPANY and STAR ENTERPRISES OF
SOUTH FLORIDA, INC.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their undersigned counsel, pursuant to this Court's Paperless Order requiring the parties to jointly file a Notice of Settlement or Notice of Non-Settlement on or before June 9, 2020 (DE 20), hereby inform the court as follows:

1. The parties have reached a resolution of all issues in this action.

2. The parties are in the process of satisfying the conditions necessary for this matter to be dismissed.

Dated: June 9, 2020.

| | |
|---|---|
| s/Lee D. Sarkin | s/Bruce J. Sperry |
| Drew M. Levitt | Bruce J. Sperry, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 312355 |
| drewmlevitt@gmail.com | BJSPERRY@SPERRYLAW-PC.COM |
| Lee D. Sarkin | Benjamin C. Sperry, Esq. |
| Florida Bar No. 962848 | Florida Bar No. 084710 |
| Lsarkin@aol.com | BCSPERRY@SPERRYLAW-PC.COM |
| 4700 N.W. Boca Raton Boulevard | 1607 S. Alexander St., Ste. 101 |
| Suite 302 | Plant City, Florida 33563-8421 |
| Boca Raton, Florida 33431 | Telephone: (813) 754-3030 |
| Telephone (561) 994-6922 | Attorneys for Defendant |
| Attorneys for Plaintiff | |