UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80742-CIV-ALTMAN/Brannon

**DAVID POSCHMANN**,

    *Plaintiff*,

v.

**EAST COST PROPERTY INVESTMENT COMPANY** and **STAR ENTERPRISES OF SOUTH FLORIDA, INC**,

    *Defendants*.

_____/

**ORDER**

**THIS MATTER** comes before the Court on the parties' Joint Notice of Settlement [ECF No. 21]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **July 9, 2020**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of June 2020.

                                                                **ROY K. ALTMAN**
                                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record